UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WOOD,<br><br>    Plaintiff,<br><br>    v.<br><br>S. SALMONSON, et al.,<br><br>    Defendants. | No. 2:25-cv-2098-TLN-JDP (P)<br><br>**ORDER** |

      Plaintiff Richard Wood ("Plaintiff"), a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On October 10, 2025, the magistrate judge filed findings and recommendations which were served on Plaintiff, and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen (14) days. (ECF No. 5.) This deadline has passed, and no objections have been filed.

      The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court[.]"). Having reviewed the file, the Court finds the findings and recommendations to be supported by

1

the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 10, 2025, (ECF No. 5), are ADOPTED in full;
2. This action is DISMISSED without prejudice for failure to pay the filing fee, to prosecute, and to comply with court orders for the reasons set forth in the August 6, 2025 order (ECF No. 4);
3. Plaintiff's motion to proceed in forma pauperis, (ECF No. 3), is DENIED as moot; and
4. The Clerk of Court is directed to CLOSE the case.

Date: November 10, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2